**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 6:18-bk-06821-CCJ** |
|     **Don Karl Juravin,** | **CHAPTER 11** |
|     Debtor. | |
| **Federal Trade Commission,** | **ADV. NO.: 6:19-ap-00030-CCJ** |
|     Plaintiff, | |
|     v. | |
| **Don Karl Juravin,** | |
|     Defendant. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4 and the Scheduling Order in this matter, ECF No. 11 (June 30, 2019), the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Michael Mora, at 600 Pennsylvania Ave. NW, CC-9528, Washington, DC 20580, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Pursuant to Bankruptcy Rule 7056 and Fed. R. Civ. P. 56, Plaintiff Federal Trade Commission moves for summary judgment against Defendant Don Karl Juravin in this nondischargeability action.  This case arises from Plaintiff's $25,246,000 District Court Judgment against Juravin for his deceptive weight-loss scam in violation of Sections 5 and 12 of the FTC Act, 15 U.S.C. §§ 45 and 52.  Plaintiff seeks an order declaring that the Judgment is a debt for fraud excepted from discharge under 11 U.S.C. § 523(a)(2)(A).  The District Court's findings were a critical and necessary part of the Judgment and address all material factual issues at issue in this proceeding.  The District Court action was actually and fully litigated, and subject to the same burden of proof as in this proceeding.  Thus, Juravin is precluded from relitigating the facts, and Plaintiff is entitled to judgment as a matter of law.  The grounds for this Motion are set forth in Plaintiff's Memorandum in Support of Summary Judgment, Statement of Undisputed Facts, and Exhibits.

Dated:  November 4, 2019                 Respectfully submitted,

/s/ Michael P. Mora
Michael P. Mora (Ill. Bar No. 6199875)
Sangjoon Han (DC Bar No. 998971)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, D.C. 20580
Telephone: (202) 326-3373
E-Mail:  mmora@ftc.gov
***Attorneys for Plaintiff Federal Trade Commission***

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 4, 2019, I served a true and correct copy of Plaintiff's Motion for Summary Judgment, Statement of Undisputed Facts, and Memorandum in Support of Motion on all parties of record, via the method indicated below.

/s/ Michael P. Mora
Michael P. Mora

*Via ECF Notice*
Aldo G. Bartolone, Jr., Esq.
Bartolone Law, PLLC
1030 N. Orange Avenue
Suite 300
Orlando, Florida 32801
aldo@bartolonelaw.com
Counsel for Defendant