ORDERED.

**Dated: October 27, 2020**

*Karen S. Jennemann*
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Don Karl Juravin, ) | Case No. 6:18-bk-06821-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| Federal Trade Commission, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:19-ap-00030-KSJ |
| ) | |
| Don Karl Juravin, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

This adversary proceeding came on for trial on the Complaint filed by the Plaintiff, Federal Trade Commission, against the Debtor/Defendant, Don Karl Juravin.[1] Consistent with the Memorandum Opinion Finding Debt Not Dischargeable, simultaneously entered, it is

---

[1] The trial occurred on June 25 and 26, 2020, August 17 and 18, 2020.

**ORDERED:**

1. Judgment is entered in favor of the Plaintiff, Federal Trade Commission and against the Debtor /Defendant, Don Karl Juravin.

2. The debt owed by Debtor/Defendant, Don Karl Juravin, to the Plaintiff, Federal Trade Commission under the Judgment entered by the United States District Court for the Middle District of Florida in *Federal Trade Commission v. Roca Labs, Inc. et.al*, Case No. 8:15-cv-2231-T-35TBM is not dischargeable under 11 U.S.C. § 523(a)(2)(A).

###

The Clerk is directed to serve a copy of this order on all interested parties.