UNITED STATES
BANKRUPTCY COURT
MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                            Case No. 6:18-bk-6821-KSJ
                                                                  Chapter 7

                                                                  District Court Case No.
                                                                  6:20-cv-02117-Orl-40

DON KARL JURAVIN,

_____Debtor(s)_____/


FEDERAL TRADE COMMISSION,

_____Plaintiff(s)_____/



vs.                                                               Adv. Pro. No. 6:19-ap-00030-KSJ


DON KARL JURAVIN,

_____Defendant(s)_____/

## TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Notice of Appeal filed by Don Karl Juravin on November 10, 2020, (Doc. No. 92)
Title of the order appealed is Memorandum Opinion *Finding Debt not Dischargeable* (Doc. No. 88) and Final Judgment in Favor of *Plaintiff (Doc. No. 89)* entered on October 27, 2020.

The party or parties included in the appeal to the District Court are:

APPELLANT: Don Karl Juravin
            15118 Pendio Drive
            Montverde, FL 34756

ATTORNEY: Aldo G Bartolone, Jr

1030 North Orange Avenue, Suite 300
Orlando, FL 32801
(407) 294-4440

APPELLEE: Federal Trade Commission
600 Pennsylvania Ave NW CC-9528
Washington, DC 20580

ATTORNEY: Kimberly L Nelson and Michael P Mora
Federal Trade Commission
600 Pennsylvania Avenue Northwest
Washington, DC 20580
(202) 326-3304

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Notice of Appeal

The debtor's county of residence is Lake county, Florida.

DATED on November 16, 2020.

FOR THE COURT
Sheryl Loesch, Clerk of Court
George C. Young Federal Courthouse
400 W Washington Street, Suite 5100
Orlando, FL 32801